FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON-IDAHO LABORERS-EMPLOYERS PENSION TRUST FUND, NORTHWEST LABORERS-EMPLOYERS HEALTH AND SECURITY TRUST FUND, and NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>-vs-<br><br>SPOKANE CONCRETE, LLC, a Washington limited liability company, UBI NO. 604 017 381,<br><br>Defendant. | No.   2:21-CV-0318-JAG<br><br>ORDER OF ENTRY OF DEFAULT JUDGMENT |

**BEFORE THE COURT** is Plaintiffs' Motion for Entry of Default Judgment. ECF No. 12.  Having reviewed the records and files herewith and the supporting declarations of Michelle Baker and David L. Sieck submitted by Plaintiffs' counsel, this Court finds that service was made upon Defendant as required; the action is properly within the Jurisdiction of the Court and venue is proper; Defendant failed to answer this action; this Court having entered an Order of Default on May 17, 2022, (ECF No. 11) against Defendant. Accordingly, the

ORDER - 1

Court finding good cause, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55(b):

**IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Entry of Default Judgment as to Spokane Concrete LLC, **ECF No. 12,** is **GRANTED**.

2. Judgment is entered in favor of Plaintiffs and against Defendant, Spokane Concrete LLC for the following amounts:

- Contributions (Trust Funds):    $17,245.57
- Interest to 8/9/2022:    $4,156.42
- Service Fees:    $180.00
- Liquidated Damages:    $2,794.86
- Attorneys' Fees to 8/9/2022:    $4,745.00
- Auditor Costs:    $3,562.50
- Legal Costs to 8/9/2022:    $452.00

TOTAL DUE:    $33,136.35

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, enter a judgment in favor of Plaintiffs and **CLOSE** this file.

DATED January 10, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2