AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WASHINGTON-IDAHO LABORERS-EMPLOYERS PENSION TRUST FUND, NORTHWEST LABORERS-EMPLOYERS HEALTH AND SECURITY TRUST FUND, and NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST FUND
*Plaintiff*

v.

SPOKANE CONCRETE, LLC, a Washington limited liability company, UBI NO. 604 017 381

*Defendant*

Civil Action No. 2:21-cv-00318-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Entry of Default Judgment (ECF No 12) is GRANTED. Judgment is entered in favor of Plaintiffs and against Defendant, Spokane Concrete LLC for the following amounts: Contributions (Trust Funds) $17,245.57; Interest to 8/9/2022 $4,156.42; Service Fees $180.00; Liquidated Damages $2,794.86; Attorneys' Fees to 8/9/2022 $4,745.00; Auditor Costs $3,562.50; Legal Costs to 8/9/2022 $452.00. TOTAL DUE $33,136.35.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke on a motion for Entry of Default Judgment

Date: 1/10/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony